US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

MAR 16 2016

DOUGLAS F. YOUNG, Clerk
By
           Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 4:16CR40006-001 |
| v. | 18 U.S.C. § 2252(a)(1) |
| | 18 U.S.C. § 2252(b)(1) |
| PATRICK KELLAM | 18 U.S.C. § 2256 |

## INDICTMENT

The Grand Jury Charges:

### COUNT ONE

Between in or about June 1, 2013 and August 1, 2013, in the Western District of Arkansas, Texarkana Division, the Defendant, **PATRICK KELLAM**, did knowingly transport and ship in interstate and foreign commerce by any means, one or more visual depictions, to wit: images contained on one Generic Mini SD Reader S/N 058F63776374/058F63626420, the production of such visual depictions having involved the use of a minor engaging in sexually explicit conduct as that term is defined in Title 18, United States Code, Section 2256, and such visual depictions were of such conduct; all in violation of Title 18, United States Code, Sections 2252(a)(1) and (b)(1).

1

## FORFEITURE ALLEGATION

The Grand Jury re-alleges and incorporates by reference herein Count One of this Indictment.

Upon conviction of Count One of this Indictment, the Defendant, Patrick Kellam, shall forfeit to the United States pursuant to Title 18, United States Code, Section 2253 the Defendant's interest in:

1) any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, or 2252, 2252A, 2252B, or 2260, or any book, magazine, periodical, film, videotape, or other matter, which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of the offenses in the Indictment;

2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses in the Indictment; and

3) any property, real or personal, **including any and all computer equipment,** used or intended to be used to commit or to promote the commission of the offenses in the Indictment, or any property traceable to such property, including, but not limited to computer equipment used in the commission of the offenses in the Indictment.

If any of the property subject to forfeiture, as a result of any act or omission of the Defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third person;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Section 2253(b), incorporating by reference Title 21, United States Code, Section 853 to seek forfeiture of any other property of said Defendant up to the value of the above forfeitable property.

A True Bill.

/s/ Grand Jury Foreperson
Grand Jury Foreperson

KENNETH ELSER
ACTING UNITED STATES ATTORNEY

By: *[signature]*
Candace Taylor
Assistant U. S. Attorney
Arkansas Bar No. 98083
414 Parker Avenue
Fort Smith, AR   72901
Telephone: 479-783-5125
E-mail: Candace.Taylor@usdoj.gov