IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                             Case No5:16-cr-40006

PATRICK KELLEM                                              DEFENDANT


**ORDER**

On March 29, 2016, I ordered the Defendant Released on Conditions of Release.  ECF No. 10.  Because of the nature of the charges against Defendant, electronic monitoring was mandatory upon his release pretrial.  I failed to include electronic monitoring as a condition of release.  Accordingly, the Order Setting Conditions of Release (ECF No. 10) is modified to include the following condition.

1.  Defendant will be subject to home confinement with a curfew to be set by the United States Probation Office.  Defendant is restricted to his residence at all times except for employment, currently enrolled educational classes, religious services, meetings with Counsel, and attending proceedings in this Court.  Any travel outside the home must be pre-approved by the United States Probation Office.

2.  All other conditions of release remain in full force and effect.

**SO ORDERED** this **31st day of March 2016.**


    /s/ Barry A. Bryant
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE