IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA

v.                                                                Criminal No. 4:16CR40006-001

PATRICK KELLAM

### FINAL ORDER OF FORFEITURE

On May 26, 2016, the Court entered a Preliminary Order of Forfeiture in this case in accordance with Fed.R.Crim. P. 32.2(b) (Doc. 17). In the Preliminary Order of Forfeiture, a Verizon 4G LTE Samsung Galaxy S4 cell phone, serial number 078c0; Samsung tablet computer, model: P28F, serial number 6N9BJX1; and a generic Mini SD Reader, serial number 058F63776374/058F63626420, were forfeited to the United States pursuant to Title 18 U.S.C. § 2253.

The United States was required to publish notice of this order pursuant to Fed.R.Crim. P. 32.2(b)(6) and 18 U.S.C. § 982(b)(1), incorporating by reference 21 U.S.C. § 853(n)(1). On October 7, 2016, an attorney for the United States filed a Notice of Proof of Publication, showing that for 30 days, notice of the Court's Preliminary Order of Forfeiture was advertised on www.forfeiture.gov. Deadline for filing claims was September 7, 2016. No third party claims have been filed.

Pursuant to Fed. R. Crim. P. 32.2(b)(4), a Preliminary Order of Forfeiture becomes final as to a defendant at sentencing.

Accordingly it is hereby ORDERED, DECREED, AND ADJUDGED:

1

1. That based upon the guilty plea and the plea agreement of the parties, pursuant to Fed. R. Crim. P. 32.2(b)(4), the Preliminary Order of Forfeiture entered on May 26, 2016, shall become final at this time.

IT IS SO ORDERED this 13th day of October, 2016.

/s/ Susan O. Hickey
HONORABLE SUSAN O. HICKEY
UNITED STATES DISTRICT JUDGE

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED
OCT 1 3 2016
DOUGLAS F. YOUNG, Clerk
By _____ Deputy Clerk

2