IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | RESPONDENT/PLAINTIFF |
| v. Case Nos. 4:17-cv-4092;4:16-cr-40006 | |
| PATRICK KELLAM | PETITIONER/DEFENDANT |

### ORDER

Before the Court is the Report and Recommendation filed March 13, 2018, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 33. Judge Bryant recommends the dismissal of Petitioner's Motion to Vacate, Set Aside or Correct a Sentence Pursuant to 28 U.S.C. § 2255 (ECF No. 29) because Petitioner has notified the Court of his intent to voluntarily dismiss the motion pursuant to Federal Rule of Civil Procedure 41(a). No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon a *de novo* review of the record, the Court adopts the Report and Recommendation *in toto.* Accordingly, Petitioner's Motion to Vacate, Set Aside or Correct a Sentence Pursuant to 28 U.S.C. § 2255 (ECF No. 29) is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 19th day of April, 2018.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge